```
                              FILED
                              July 1, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              _____
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>NATHAN W. BIRD,                  )<br>            Defendant.           )<br>_____) | Case No. 3:11-MJ-0014-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NATHAN W. BIRD, Case No. 3:11-MJ-0014-CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $10,000.00.

   _X_ Co-Signed Unsecured Appearance Bond

   ___ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) Unsecured bond paperwork to be filed by 07/08/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  7/01/2011   at  7-1-2011

By _____
Edmund F. Brennan
United States Magistrate Judge