**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nathan Bird

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S.11-14 EFB |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING CHANGE OF PLEA |
| NATHAN BIRD, ) | |
| MASON L. HALPENNY ) | |
| ) | |
| Defendant ) | |

    It is hereby stipulated between the parties that the change of plea for the two above named defendants, presently scheduled for August 27, 2012, be continued to September 4, 2012 at 10:00 AM. The new date is necessitated by a scheduling conflict.

    It is further stipulated that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy

-1-

trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the September 4, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

```
     Dated: August 21, 2012        Respectfully submitted,

                                   /s/MICHAEL B. BIGELOW
                                   Michael B. Bigelow
                                   Attorney for Defendant
```

**IT IS SO STIPULATED**

```
DATED: August 21, 2012          /s/MICHAEL B. BIGELOW
                                Attorney for Defendant
                                Nathan Bird

DATED: August 21, 2012          /s/MICHAEL Petrik
                                Attorney for Defendant
                                Mason Halpenney


DATED: August 21, 2012          /s/JEFFREY SPIVAK
                                Assistant United States Attorney


                                **ORDER**
```
**IT IS SO ORDERED**

DATED: August 21, 2012          *[signature]*
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE